HUGH CONWAY, as Administrator of the Estate of THOMAS H. SIM, Deceased, Respondent, *v.* THE CITY OF NEW YORK, Appellant.

*Conway* v. *City of New York,* 148 App. Div. 915, affirmed.
(Argued March 28, 1913; decided April 15, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court, in the first judicial department, entered February 2, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant in failing to keep its streets in repair.

*Archibald R. Watson,* Corporation Counsel (*Clarence L. Barber* and *Terence Farley* of counsel), for appellant.

*Hellmuth Moerchen* for respondent.

Judgment affirmed, with costs, on opinion of CLARKE, J., below, on previous appeal. (139 App. Div. 446.)

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK and HOGAN, JJ. Not sitting: MILLER, J.